**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT T. DEMERS
ADC #114850                                                                                              PLAINTIFF

V.                                    NO: 5:05CV00235 JMM/HDY

LARRY B. NORRIS, *et al.*                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.     IT IS THEREFORE ORDERED THAT Defendants' Motion for summary judgment (docket entry #18) is GRANTED, and that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.     DATED this 3rd day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE